NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:02-CR-003 (RRB) |
| Plaintiff, | ) | |
| vs. | ) | |
| Eugene N. Bourdukofsky, | ) | ~~PROPOSED~~ **ORDER TO RELEASE ATTACHED PFD FUNDS** |
| Defendant. | ) | |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,104.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account: "0022-6855XX", as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.

DATED: 1/23/07          S/ RALPH R BEISTLINE
                        UNITED STATES DISTRICT JUDGE


**DOCUMENT NAME**
Eugene N. Bourdukofsky
1:02-CR-003 (RRB)