PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.   Case No.   1:02-CR-00003-RRB

Eugene N. Bourdukofsky

It appearing that the above-named has satisfactorily complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on April 3, 2008. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

__REDACTED SIGNATURE__   04/07/08
Scott E. Kelley                    Date
Senior U.S. Probation/Pretrial
Services Officer

__REDACTED SIGNATURE__
Eric D. Odegard
Supervising U.S. Probation Officer

RECEIVED
APR 15 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___15___ day of __April__, 20_08_.

__REDACTED SIGNATURE__
Ralph R. Beistline
U.S. District Court Judge